NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DISH NETWORK L.L.C., DISH TECHNOLOGIES L.L.C., SLING TV, L.L.C.,**
*Appellants*

**v.**

**SOUND VIEW INNOVATIONS, LLC,**
*Appellee*

_____

2022-1558

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01041.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of the appellants' unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2    DISH NETWORK L.L.C. v. SOUND VIEW INNOVATIONS, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

December 6, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** December 6, 2022